IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COREY TAYLOR,

Plaintiff,

25cv0458
ELECTRONICALLY FILED

v.

MIKE HOWARD *Unit Manager of F Block, SCI Fayette - In their individual capacity*, CAPTAIN JOSEPH RUSNAK *Security Captain, SCI Fayette - In their individual capacity*, RHONDA HOUSE *Grievance Coordinator, SCI Fayette - In their individual capacity*,

Defendants.

**Memorandum Order Denying Objection to Report and Recommendation (Doc. 58)**

This is a *pro se* prisoner civil rights case. Plaintiff claims in his Amended Complaint that he "lost at trial" because legal materials (discovery discs) were confiscated by Defendants, were not made available to him to review while he was at SCI-Fayette, were not included with his property when he was transferred to SCI-Phoenix where he remained until the end of his trial, and his grievance was improperly handled, all in violation of his First and Eighth Amendment Constitutional Rights. Doc. 32 at paragraph 24. This matter was referred to United States Magistrate Judge Kezia O.L. Taylor, for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

Pending before this Court is Defendants' Motion to Dismiss the Complaint for failure to state a claim upon which relief may be granted. Doc. 37. Defendants argue that Plaintiff's Amended Complaint should be dismissed in its entirety and raise several arguments in support of

dismissal. After several extensions, and a denied Motion to Appoint Counsel (Doc. 45, Doc. 47, and Doc. 49), Plaintiff has responded in opposition, but also agrees that Defendants Rusnak and House are immune from liability for claims made against them in the official capacity. Doc. 52. In the thorough Report and Recommendation of United States Magistrate Judge Kezia O.L. Taylor, filed on July 8, 2026, it is recommended that Defendants' Motion to Dismiss be granted with the following qualifiers: (1) that Plaintiff's official capacity claims, to the extent asserted, and claims against Defendants House and Rusnak based on their involvement in the inmate grievance system be dismissed with prejudice as amendment would be futile; (2) that Plaintiff's First Amendment "Access to Courts" claim be dismissed without prejudice (with an opportunity to amend this claim once more); and, that any Eighth Amendment claim be dismissed with prejudice. Doc. 53.

Objections to the Report and Recommendation were extended based upon the Motions of Plaintiff, until August 21, 2026. However, objections were untimely as they were received on August 31, 2026 (although dated August 18, 2026). Nonetheless, the Court has reviewed the Objections, which is titled and appears to a request to file a Second Amended Complaint altering one paragraph of the Amended Complaint.

After *de novo* review of the Record in this matter, including the Motion to Dismiss, and well- reasoned and thorough Report and Recommendation of Magistrate Judge Taylor, Defendants' Motion to Dismiss is GRANTED and the Amended Complaint is DISMISSED WITH PREJUDICE as to Plaintiff's official capacity claims, to the extent asserted, and claims against Defendants House and Rusnak based on their involvement in the inmate grievance system and any Eighth Amendment claim, because further amendment would be futile.. Plaintiff's First Amendment access to courts claim is DIMISSED WITHOUT PREJUDICE.

**Should Plaintiff choose to amend his Complaint, any Second Amended Complaint must be filed by September 28, 2026. NO FURTHER EXTENSIONS WILL BE GRANTED**.

It is further ORDERED that the July 8, 2026 Report and Recommendation (Doc. 53) is adopted as the Opinion of the Court.

The Clerk of Court shall mark this case closed.

SO ORDERED this 8th day of September, 2026.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: ECF Counsel of Record

COREY TAYLOR
MZ9552
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450